**Opinion issued March 27, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00829-CR

———————————

**LONG KIM PHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 23-DCR-104402**

---

## MEMORANDUM OPINION

Appellant, Long Kim Pham, has filed a motion to dismiss this appeal because the trial court granted appellant's motion for new trial. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decisions have issued. *See* TEX. R. APP. P. 42.2(a), (b). Further, more than ten days have

passed, and the State has not expressed opposition to appellant's motion. *See* Tex. R. App. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

Do not publish. Tex. R. App. P. 47.2(b).